58 A.3d 690

IN THE MATTER OF JEFFREY M. GECHTMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 280491972).

January 3, 2013.

## ORDER

This matter having been duly presented to the Court on the joint application of the Office of Attorney Ethics and **JEFFREY M. GECHTMAN,** who was admitted to the bar of this State in 1972, to transfer **JEFFREY M. GECHTMAN** to disability inactive status pursuant to *Rule* 1:20–12;

And it appearing that **JEFFREY M. GECHTMAN** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **JEFFREY M. GECHTMAN,** is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **JEFFREY M. GECHTMAN** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **JEFFREY M. GECHTMAN** comply with *Rule* 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **JEFFREY M. GECHTMAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court.